# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN ASHLEY HALE** § | | **PLAINTIFF** |
| § | | |
| **VERSUS** § | **CAUSE NO. 1:08cv1385-LG-RHW** | |
| § | | |
| **HARRISON COUNTY BOARD OF** § | | |
| **SUPERVISORS and SERGEANT** § | | |
| **ANTHONY BROWN** § | | **DEFENDANTS** |

## ORDER ADOPTING PROPOSED
## FINDINGS OF FACT AND RECOMMENDATION

This cause comes before the Court on the Proposed Findings of Fact and Recommendation [102] of United States Magistrate Judge Robert H. Walker, entered in this cause on October 27, 2010, in which he recommends denying Defendant Anthony Brown's Motion to Dismiss Plaintiff's State Law Claims [76]. Brown has not filed objections to the Magistrate Judge's recommendations.

The Court finds that the Magistrate Judge properly recommended that Brown's motion be denied. After referral of hearing by this Court, no objections having been filed as to the Proposed Findings of Fact and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Proposed Findings of Fact and Recommendation should be adopted as the opinion of this Court.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation [102] of United States Magistrate Judge Robert H. Walker, entered on October 27, 2010, be, and the same hereby is, adopted as the

finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Anthony Brown's Motion to Dismiss Plaintiff's State Law Claims [76] should be and is hereby **DENIED.**

**SO ORDERED AND ADJUDGED** this the 15th day of November, 2010.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE