IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN ASHLEY HALE** | § | **PLAINTIFF** |
| | § | |
| **VERSUS** | § | **CAUSE NO. 1:08cv1385-LG-RHW** |
| | § | |
| **HARRISON COUNTY BOARD OF** | § | |
| **SUPERVISORS and SERGEANT** | § | |
| **ANTHONY BROWN** | § | **DEFENDANTS** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter came before the Court for Pretrial Conference. Defendants Harrison County and Anthony Brown moved to dismiss the case for lack of prosecution. For the reasons stated into the record, the Court finds the motion is well taken and should be granted. Accordingly,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the ore tenus motion of Defendants Harrison County and Anthony Brown should be and are hereby **GRANTED.** This case is **DISMISSED WITHOUT PREJUDICE**. Harrison County and Brown shall recover costs from Plaintiff John Ashley Hale. A separate judgment will be entered herein in accordance with this Order as required by FED. R. CIV. P. 58.

**SO ORDERED AND ADJUDGED** this the 10th day of February, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE