IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN ASHLEY HALE | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:08cv1385-LG-RHW |
| | § | |
| HARRISON COUNTY BOARD OF | § | |
| SUPERVISORS and SERGEANT | § | |
| ANTHONY BROWN | § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on Defendants' *ore tenus* Motion to Dismiss for Failure to Prosecute, the Court, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Complaint is hereby **DISMISSED WITHOUT PREJUDICE**. Defendants Harrison County and Anthony Brown shall recover costs from Plaintiff John Ashley Hale.

**SO ORDERED AND ADJUDGED** this the 10th day of February, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE